UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LORENZO ARMENTERO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF VACAVILLE, et al.,<br><br>  Defendants. | No. 2:15-cv-1151 AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). See ECF No. 6.

Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). By order filed June 5, 2015, plaintiff was directed to submit the appropriate affidavit in support of his request to proceed in forma pauperis or to submit the required fees totaling $400.00. See ECF No. 4. Thereafter, plaintiff submitted only a copy of his prison trust account statement for the date May 19, 2015. See ECF No. 5. Plaintiff will be accorded one final opportunity to submit the

---

[1] Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee. If leave to file in forma pauperis is granted, plaintiff will still be required to pay only the filing fee and will be allowed to pay it in installments.

1

1 appropriate in forma pauperis affidavit, including a certified copy of his prison trust account
2 statement for the six-month period preceding the filing of his complaint, or the required fees
3 totaling $400.00.

4     In accordance with the above, IT IS HEREBY ORDERED that:

5     1. Plaintiff shall, within thirty days after the filing date of this order, submit an affidavit
6 in support of his request to proceed in forma pauperis on the form provided herewith by the Clerk
7 of Court (including completion of the certificate portion of the affidavit by an authorized official,
8 and attachment of a certified copy of plaintiff's prison trust account statement for the six-month
9 period preceding the filing of his complaint), OR the required fees in the amount of $400.00;

10     2. Plaintiff's failure to comply with this order will result in the dismissal of this action
11 without prejudice; and

12     3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
13 Forma Pauperis By a Prisoner.

14 DATED: August 7, 2015.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE